IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01166-RPM

JOSE MARTINEZ and
EDUARDO GARCIA,

      Plaintiffs,

v.

ILLINOIS NATIONAL INSURANCE COMPANY,

      Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

      Pursuant to Procedural Order Number One entered by this Court on June 23, 2015, counsel for plaintiff has contacted chambers to set a date and time for a Scheduling Conference pursuant to Rule 16 and it is

      ORDERED that a scheduling conference will be held on **August 14, 2015, at 9:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. The conference is conducted with <u>lead counsel present in person</u>. No parties or representatives of parties will be permitted to attend. It is

      FURTHER ORDERED that counsel for the defendant shall file a disclosure statement pursuant to Fed.R.Civ.P. 7.1.

      DATED: August 5th, 2015

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge