# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                August 14, 2015
Courtroom Deputy:    Emily Buchanan
FTR Technician:      Kathy Terasaki

---

Civil Action No. 15-cv-01166-RPM          Counsel:

JOSE MARTINEZ, and                         Joseph Scheideler
EDUARDO GARCIA,

    Plaintiffs,

v.

ILLINOIS NATIONAL INSURANCE                Jane Young
COMPANY,

    Defendant.

---

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

**9:18 a.m.**     **Court in session.**

Discussion regarding claims, damages, facts in dispute, disclosures, and the plan for discovery.

**ORDERED:** Illinois National Insurance Company's Motion to Bifurcate (Doc. No. 18) is **DENIED**.

**ORDERED:** Counsel shall meet and confer, develop a discovery schedule, and submit a revised proposed scheduling order to the Court. In the revised proposed scheduling order plaintiffs shall specify what they are claiming in damages. A Further Scheduling Conference is set for **Friday, September 4, 2015 at 10:00 a.m.**

Scheduling Order is not approved.

**9:36 a.m.**     **Court in recess.**
**Hearing concluded. Total time: 18 minutes.**